UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| CAROLYN HELTON : | |
| : | |
| Plaintiff : | |
| vs. : | CASE NO.: |
| : | |
| ROBERT L. NUTT; CUSTOM HOME : | Removed from Kenton Circuit |
| ELEVATOR & LIFT CO., INC.; and : | Civil Action No. 22-CI-00580 |
| THE STANDARD FIRE INSURANCE : | |
| COMPANY : | |
| : | |
| Defendants : | |

\* \* \* \* \* \* \* \*

**DEFENDANT, THE STANDARD FIRE INSURANCE COMPANY'S NOTICE OF REMOVAL**

Comes the Defendant, The Standard Fire Insurance Company (hereinafter "Standard Fire"), by counsel, and for its Notice of Removal of this lawsuit to the United States District Court for the Eastern District of Kentucky at Covington, hereby states as follows:

1. Standard Fire is a named Defendant in a lawsuit filed by Carolyn Helton in the Kenton Circuit Court, Kenton County, Kentucky, designated as Civil Action No.: 22-CI-00580. Copies of the Complaint and Standard Fire's Answer to Plaintiff's Complaint are attached hereto as Exhibit 1.

2. This is a civil action wherein Plaintiff seeks an unspecified and unlimited amount of damages for bodily injuries allegedly sustained as a result of a motor vehicle accident that occurred on July 15, 2021. Plaintiff has alleged temporary and permanent

injuries and is seeking damages for (a) pain and suffering; (b) loss of enjoyment of life; (c) impairment of earning capacity; (d) past and future medical expenses; and (e) lost wages. (See Exhibit 1).

3. According to Plaintiff's Complaint, Plaintiff is now and was at the time of the subject accident, a resident of the Commonwealth of Kentucky. (See Exhibit 1).

4. Defendant, Standard Fire, is now and was at the time of the subject accident, a foreign corporation duly authorized to conduct business in the Commonwealth of Kentucky. (See Exhibit 1 and documentation from the Kentucky Department of Insurance attached as Exhibit 2). Standard Fire's principal place of business is One Tower Square, Hartford, Connecticut 06183. (See Exhibit 2). Standard Fire is not now, nor was it at the time of the events referenced in Plaintiff's Complaint, incorporated under the laws of the Commonwealth of Kentucky. Likewise, Standard Fire does not now, nor did it at the time of the events referenced in Plaintiff's Complaint, have a principal place of business in the Commonwealth of Kentucky.

5. Defendant, Robert L. Nutt, is now and was at the time of the subject accident, a resident of the State of Ohio. (See Exhibit 3).

6. Defendant, Custom Home Elevator & Lift Co., Inc., is now, and was at the time of the subject accident, an Ohio Corporation incorporated under the laws of the State of Ohio, with its principal place of business located at 11431 Williamson Road, Suite B, Cincinnati, OH 45241. (See Exhibit 1). Custom Home Elevator & Lift Co., Inc. is not now, nor was it at the time referenced in Plaintiff's Complaint, incorporated under the laws of the Commonwealth of Kentucky. (See Exhibit 4). Likewise, Custom Home Elevator &

Lift Co., Inc. does not now, nor did it at the time referenced in Plaintiff's Complaint, have a principal place of business located in the Commonwealth of Kentucky.  (See id).

7. Plaintiff seeks unspecified damages in her Complaint.  Accordingly, on May 6, 2022, Standard Fire propounded a Request for Admission to Plaintiff to ascertain whether the total amount in controversy was sufficient to create diversity jurisdiction.  Plaintiff responded on May 20, 2022 and denied that her alleged damages that she is seeking in this action are less than seventy-five thousand dollars ($75,000.00), exclusive of interest and costs.  (See Plaintiff's Response to Standard Fire's Request for Admission; attached hereto as Exhibit 5.)  Accordingly, for the purposes of diversity jurisdiction, Plaintiff's claimed damages exceed seventy-five thousand dollars ($75,000.00), exclusive of interest and costs.

8. This action is one over which the Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) and is one that Standard Fire may remove to this Court pursuant to 28 U.S.C. § 1441(a), because the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and this is an action between parties who are citizens of different states. In accordance with the Kentucky Rules of Civil Procedure, this Notice is accompanied by copies of all pleadings and orders served on Defendants and all pleadings filed by Defendants in Carolyn Helton v. Robert L. Nutt, et al., Civil Action No. 22-CI-00580. (See Exhibits 1-6).

9. The removal of this action to this Court has been consented to by all named Defendants in Carolyn Helton v. Robert L. Nutt, et al., Civil Action No. 22-CI-00580, as required by 28 U.S.C. § 1441.  (See Exhibit 7).

10. This Notice is filed within thirty (30) days on which this action first became removable. The time for filing this Notice under the statutes of the United States is not yet expired.

11. This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant, The Standard Fire Insurance Company, by counsel, hereby notifies the Court of its removal of this action from the Kenton Circuit Court in Kenton County, Kentucky.

Respectfully submitted,

SCHILLER BARNES MALONEY PLLC

*/s/ Blake V. Edwards*
_____

Blake V. Edwards, Esq.
Daniel I. Wenig, Esq.
401 West Main Street, Suite 1600
Louisville, KY 40202
PH: (502) 625-1703
FAX: (502) 779-9348
bedwards@sbmkylaw.com
dwenig@sbmkylaw.com
*Counsel for Defendant,*
*The Standard Fire Insurance Company*

## **CERTIFICATE OF SERVICE**

        This will certify that a true and correct copy of the foregoing has been electronically filed with the Ky. e-Filing system on this 3rd day of June 2022, and electronic notice of same will be sent to the following Counsel of record:

| | |
|---|---|
| Shea W. Conley, Esq. | Patricia J. Trombetta, Esq. |
| Morgan & Morgan, Kentucky, PLLC | Thomas F. Glassman, Esq. |
| 333 West Vine Street, Suite 1200 | Bonezzi Switzer Polito & Hupp Co. L.P.A. |
| Lexington, KY 40507 | 312 Walnut Street, Suite 2530 |
| sconley@forthepeople.com | Cincinnati, OH 45202 |
| *Counsel for Plaintiff* | ptrombetta@bsphlaw.com |
| | tglassman@bsphlaw.com |
| | *Counsel for Defendants,* |
| | *Robert L. Nutt and Custom Home Elevator* |
| | *& Lift Co., Inc.* |

*/s/ **Blake V. Edwards***

SCHILLER BARNES MALONEY PLLC

5